**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01758-RM-KLM

358 LIBERATION LLC,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company,

    Defendant.

---

**ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 12)**

---

Upon consideration of Defendant's Response to Order to Show Cause (ECF No. 14) to this Court's Order to show cause entered on August 17, 2015 (ECF No. 12) it is

ORDERED that the Order (ECF No. 12) is DISCHARGED.

DATED this 25th day of August, 2015.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge