IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF COLORADO

Civil Action No. 15-CV-01758-RM-KLM

358 LIBERATION LLC,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information, or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, electronically stored information or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

| /S/ Brandee B. Bower | /S/ Chadwell Murley |
|---|---|
| Brandee B. Bower, #44702 | Brendan O. Powers, #21401 |
| MERLIN LAW GROUP, P.A. | Chadwell Murley, #41454 |
| 999 18th Street, Suite 3000 | SPIES, POWERS & ROBINSON, P.C. |
| Denver, CO 80202 | 1660 Lincoln Street, Suite 2220 |
| (303) 357-2374 | Denver, CO 80264 |
| **Attorneys for Plaintiff** | (303) 830-7090 |
| | **Attorneys for Defendant** |

**SO ORDERED**

DATED: _November 4, 2015_

_____
Hon. Kristen L. Mix
United States Magistrate Judge