IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01758-RM-KLM

358 LIBERATION LLC,

    Plaintiff,

v.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  The Scheduling Order is amended to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **June 20, 2016** |
| • Deadline to Serve Written Discovery Requests | **June 21, 2016** |
| • Rebuttal Expert Disclosure Deadline | **July 22, 2016** |
| • Discovery Deadline | **August 2, 2016** |
| • Dispositive Motions Deadline | **August 18, 2016** |
| • Deadline for Rule 702 Motions | **August 22, 2016** |

    Dated:  April 18, 2016